No. 12–5267. FRANKLIN *v.* U. S. BANK N. A. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 12–5268. RIVAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5270. CARDONA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5272. COOLEY *v.* SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5273. DELGADO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–5274. ROBINSON *v.* CONNELL, SUPERINTENDENT, ONEIDA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–5275. LAWSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5276. JUDY *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. Sup. Ct. Ga. Certiorari denied.

No. 12–5277. MAURELLO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–5278. JONES *v.* WINGARD, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT LAUREL HIGHLANDS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–5279. KEARSE *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–5280. LEWIS *v.* SINCLAIR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 12–5282. OCHOA *v.* WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 12–5283. O'GUINN *v.* CORTEZ MASTO, ATTORNEY GENERAL OF NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.